USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> TRANSOCEAN RESOURCES MANAGEMENT, INC., <br><br> Defendants. |

19-cv-10093 (ALC)

<u>ORDER OF DISCONTINUANCE</u>

ANDREW L. CARTER, JR., United States District Judge:

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: March 13, 2020

ANDREW L. CARTER, JR.
United States District Judge